89 F.3d 823
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Jose QUINONES-PITA, Petitioner, Appellant,
v.
UNITED STATES of America, Respondent, Appellee.
 No. 95-1502.
 United States Court of Appeals, First Circuit.
 June 24, 1996.
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge ]
 Jose Quinones-Pita on brief pro se.
 Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco, Assistant United States Attorney, and Nelson Perez-Sosa, Assistant United States Attorney, on brief for appellee.
 D. PUERTO RICO
 AFFIRMED.
 Before SELYA, CYR, and LYNCH, Circuit Judges.
 Per Curiam.
 
 
 1
 We have reviewed the parties' briefs and the record on appeal. We affirm essentially for the reasons stated in the district court's opinion and order, dated March 15, 1995.
 
 
 2
 Affirmed.